# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY A. STEWART, )<br>           )<br>    Plaintiff, )<br>           )<br>vs.         )<br>           )<br>AAA NEVADA INSURANCE COMPANY, dba )<br>CSAA GENERAL INSURANCE COMPANY, )<br>           )<br>    Defendant. )<br>_____ ) | Case No. 2:14-cv-00922-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#5) dated June 12, 2014, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#5) no later than **July 21, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge