# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY A. STEWART,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AAA NEVADA INSURANCE COMPANY, dba<br>CSAA GENERAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-00922-GMN-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated June 12, 2014, required the parties to file a Joint Status Report no later than July 15, 2014.  To date the parties have not complied.  Accordingly,

　　　　**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **August 4, 2014**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　　DATED this 24th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge