# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Judy A. Stewart,<br><br>   Plaintiff,<br>vs.<br><br>AAA Nevada Insurance Company, *doing business as* CSAA General Insurance Company,<br><br>   Defendant. | Case No.: 2:14-cv-0922-GMN-GWF<br><br>ORDER |

On November 3, 2014, the Court granted the parties' Stipulation for Private Binding Arbitration. (ECF No. 18). On December 9, 2014, the Court entered a Minute Order instructing Plaintiff to file a brief by December 19, 2014, showing cause as to why her Complaint should not be dismissed. (ECF No. 19). Specifically, Plaintiff was directed to indicate which of her claims, if any, remained pending following Court's granting the aforementioned Stipulation.

On December 16, 2014, Defendant filed a notice stating that the parties' intent in filing the Stipulation was that this case be dismissed. (ECF No. 20). Plaintiff did not file a brief pursuant to the Court's Minute Order, and the deadline to do so has now passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Complaint, (ECF No. 3-1), is **DISMISSED without prejudice**. The Clerk shall enter judgment accordingly and close the case.

**DATED** this 22nd day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court